No. 62. PALMOLIVE CO. *v.* CONWAY ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court

602

of Appeals for the Seventh Circuit denied. *Messrs. Louis Quarles* and *Harry L. Butler* for petitioner. *Messrs. John W. Reynolds* and *Theodore W. Brazeau* for respondents.